EDWARD RAGER v. JOHN J. McCLOSKEY, Individually and as Sheriff of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 784.]

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of MARGARET CARTER, Deceased, v. TRAVELERS INSURANCE COMPANY.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Bergan, JJ. [See *ante,* p. 764.]

GERTRUDE ZAYENDA, Respondent-Appellant, v. SPAIN & SPAIN, LTD., Appellant, and NEW HAMPSHIRE FIRE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 752.]

CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Made by WILLIAM W. ASTOR, v. RIVAL SHOE COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1059.]

In the Matter of the Arbitration between LEVEL EXPORT CORPORATION, Respondent, and WOLZ, AIKEN & Co., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See *ante,* p. 211.]

JULIA FALK et al. v. CRYSTAL HALL, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1073.]

JULIA FALK et al. v. CRYSTAL HALL, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1073.]

SOL MACK v. ARTHUR W. URAN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1051.]

In the Matter of BROADAN Co., INC., Respondent. LOUIS W. YOHANN, Appellant.— Motion for resettlement denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1071.]